### Harris *against* Richardson.

December, 1822.

1. The Clerk of the Inferior Court cannot issue a citation after return of writ of Error.
2. Writ of Error quashed for want of citation.

AT the last term, the plaintiff in Error obtained an order for a certiorari to bring up the citation. The certiorari was non returned with a citation issued long since the last term. The defendant now moved to quash the writ of Error.

Opinion of the Court by Judge *Lipscomb*.

The certiorari issued to bring up the Record supposed to be in the Court below, and not to make a new Record. The Clerk of the Circuit Court could not issue a citation if he failed to do so before the return of the writ of Error.

Let the writ of Error be quashed.